UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KCG AMERICAS LLC (&QUOT;KCG&QUOT;), et al.,<br><br>Defendants. | Case No. 20-cv-07352-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss and Granting Motion to Deem Plaintiffs Vexatious Litigants,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 1st day of July, 2021.


Susan Y. Soong
Clerk of Court


By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.