UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>KCG AMERICAS LLC ("KCG"), et al.,<br><br>   Defendants. | Case No. 20-cv-07352-HSG<br><br>**ORDER REFERRING EX PARTE APPLICATION FOR DISQUALIFICATION TO CLERK FOR RANDOM ASSIGNMENT**<br><br>Re: Dkt. No. 43 |

Pending before the Court is Plaintiffs Bright Harry and Ronald S. Draper's "Ex Parte Application to Disqualify Judge Gilliam from the Harry-Draper Case," under 28 U.S.C. §§ 144, 455. Dkt. No. 43. Section 144 states:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

28 U.S.C. § 144. In support of their ex parte application, Plaintiffs assert that "Judge Gilliam, Jr. has such a high degree of antagonism toward Plaintiffs that a reasonable observer would conclude that the judge's antagonism makes a fair judgment impossible." *See* Dkt. No. 43 at 2.

Accordingly, the Court refers Plaintiffs' request for disqualification to the Clerk for random assignment to another district judge for consideration. *See* Civil L.R. 3-14.

**IT IS SO ORDERED.**

Dated: 7/26/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge