UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT HARRY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>KCG AMERICAS LLC ("KCG"), et al.,<br><br>   Defendants. | Case No. 20-cv-07352-HSG<br><br>**ORDER DENYING MOTION FOR NEW TRIAL AND REVOKING E-FILING PRIVILEGES**<br><br>Re: Dkt. No. 61 |

Plaintiffs' motion for a new trial, Dkt. No. 61, is **DENIED**. Judgment was entered in this case in July 2021, Dkt. No. 40, and that judgment was affirmed by the Ninth Circuit in March 2022, Dkt. No. 53. Plaintiffs may not perpetually relitigate these settled matters.

Moreover, the Court deemed Plaintiffs to be vexatious litigants, Dkt. No 39, and the Ninth Circuit affirmed that order as well, Dkt. No. 53. The vexatious litigant order mandates pre-filing review of any complaint within the scope of that order. Dkt. No. 39 at 15. Plaintiffs may not evade the pre-filing review requirement by continuing to file pleadings in this closed case. To enforce the pre-filing review requirement and preclude Plaintiffs from continuing to e-file unscreened documents in this closed case, the Court also **REVOKES** Plaintiffs' E-Filing privileges.

The Clerk is directed not to accept any further filings in this closed case.

**IT IS SO ORDERED.**

Dated: 11/14/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge